**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Christopher M. Palermo</u>

  v.           Civil No. 12-cv-86-SM

<u>R. N. Van Wickler, Superintendent,
Cheshire County Department of
Corrections, et al.</u>

**O R D E R**

  Before the Court is plaintiff's "Motion for Preliminary Injunction and Temporary Restraining Order" (doc. no. 14). To the extent the motion seeks a temporary restraining order, it is denied as the motion does not comply with Fed. R. Civ. P. 65(b)(1)(B), which requires the movant to "certif[y] in writing any efforts made to give notice and the reasons why it should not be required."

  As to Palermo's request for a preliminary injunction, in accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge Landya B. McCafferty is designated to review and consider the request and, if necessary, conduct a hearing on the matter. In accordance with subparagraph (C), the Magistrate Judge shall file her proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

Date:     June 14, 2012

cc:       Christopher Palermo, pro se