UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Christopher M. Palermo</u>

       v.                                                    Case No. 12-cv-86-SM

<u>Superintendent, Cheshire County
Department of Corrections, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 13, 2012, for the reasons set forth therein. " '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988));  <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The following claims will proceed:  denial of access to the courts, excessive force, inadequate medical care, endangerment, forced medication, improper segregation, retaliation, denial of food, Free Exercise Clause and RLUIPA against

defendants Van Wickler, Mosseau, Segal, Narkun, Barret, Schart, and Irwin.  The remaining claims and defendants Marsh, Gagnon and Trombi are hereby dismissed.

    SO ORDERED.


June 25, 2012                                                      /s/ Steven J. McAuliffe
                                                                     Steven J. McAuliffe
                                                                       United States District Judge


cc:    Christopher M. Palermo, pro se