UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


Christopher M. Palermo

   v.                                  Civil No. 12-cv-86-SM

R. N. Van Wickler et al.


**O R D E R**

Christopher Palermo has filed this action against a number of employees of the Cheshire County Department of Corrections. On June 13, 2012, the court issued an order (doc. no. 17) directing service of certain claims in the complaint on seven defendants. A return of service for each of those defendants was filed in this court on June 27, 2012 (doc. no. 23). Defendants jointly filed an answer on July 16, 2012 (doc. no. 24).

Pending in this matter are three motions filed by Palermo, as follows:

- Motion for Preliminary Injunction and Temporary Restraining Order (T.R.O.) (doc. no. 14);
- Motion to Add Addenda/Allege New Claims and Facts and Request an Imeadate (sic) Injunction (doc. no. 19);
- Motion for Appointment of Counsel (doc. no. 20);

Defendants are hereby directed to file responses to each of these motions within fourteen days of the date of this order.

See United States District Court District of New Hampshire Local Rule ("LR") 7.1(b). If Palermo seeks to file a response to any objection or other response to the above-listed motions, filed by defendants, he may do so within fourteen days of the date the objection or other response is filed, without further leave of court. See LR 7.1(e). Nothing in this order shall be deemed to alter or interfere with any other scheduled proceedings or deadlines in this case.

SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

July 18, 2012

cc: Christopher M. Palermo, pro se
    Corey M. Belobrow, Esq.

LBM:jba