UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Christopher M. Palermo</u>

    v.                    Case No. 12-cv-86-SM

<u>R. N. Van Wickler, Superintendent,</u>
<u>Cheshire County Department of</u>
<u>Corrections, et al.</u>


<u>ORDER</u>

    Re: Document No. 31, Proposed Discovery Plan.

    Ruling: As explained during the hearing on today's date, the court approves and adopts the proposed discovery plan (document no. 31) as a pretrial scheduling order with the following minor modification: The defendants and plaintiff shall each have a maximum of ten depositions.  Each deposition (other than the depositions of the parties) shall be limited to a maximum of three hours unless extended by agreement of the parties or court order.  Trial: Two-week trial period beginning September 17, 2013.


Date:  September 6, 2012            <u>/s/ Landya B. McCafferty</u>
                                      Landya B. McCafferty
                                      US Magistrate Judge

cc:  Christopher M. Palermo, pro se
     Corey M. Belobrow, Esq.