UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher M. Palermo

    v.                    Case No. 12-cv-86-SM

R. N. Van Wickler, Superintendent,
Cheshire County Department of
Corrections, et al.

ORDER

    Re: Document No. 31, Proposed Discovery Plan.

    Ruling: As explained during the hearing on today's date, the court approves and adopts the proposed discovery plan (document no. 31) as a pretrial scheduling order with the following minor modification: The defendants and plaintiff shall each have a maximum of ten depositions. Each deposition (other than the depositions of the parties) shall be limited to a maximum of three hours unless extended by agreement of the parties or court order. Trial: Two-week trial period beginning September 17, 2013.


Date: September 6, 2012          /s/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            US Magistrate Judge

cc: Christopher M. Palermo, pro se
    Corey M. Belobrow, Esq.