UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Christopher M. Palermo

               v.                           Case No. 12-cv-86-SM

Superintendent, Cheshire County
Department of Corrections, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge

Landya B. McCafferty dated September 7, 2012, no objection having been filed, for

the reasons set forth therein.

" '[O]nly those issues fairly raised by the objections to the magistrate's report

are subject to review in the district court and those not preserved by such objection

are precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d

554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs.,

848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792

F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

Plaintiff's motion for injunctive relief (doc. no. 14) and the request for

injunctive relief included in plaintiff's motion to amend his complaint (doc. no. 19)

are hereby denied.

SO ORDERED.

October 1, 2012

Steven J. McAuliffe
United States District Judge

cc:   Christopher Palermo, pro se
      Corey Belobrow, Esq.